Argued and submitted September 29, compensatory fine vacated; otherwise affirmed December 17, 1997, petition for review denied February 17, 1998

(326 Or 465)

## STATE OF OREGON,
*Respondent,*

*v.*

## WILLIAM JOHN DONAHUE,
*Appellant.*

### (C9502-31026; CA A90121)

950 P2d 416

Diane L. Alessi, Chief Deputy Public Defender, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender.

Katherine H. Waldo, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals from a conviction and sentencing for first-degree sexual abuse, ORS 163.427. Defendant argues that the trial court erred in allowing a state's witness to testify to a medical diagnosis of the victim of sexual abuse and that the trial court erred in imposing a compensatory fine. We vacate the compensatory fine and otherwise affirm.

A compensatory fine may be awarded only if the trial court finds that the victim suffered a pecuniary loss. *State v. Barkley*, 315 Or 420, 438, 846 P2d 390, *cert den* 510 US 837 (1993); *State v. Forrester*, 130 Or App 459, 462, 882 P2d 1124 (1994). Here, no evidence was submitted that the victim suffered a pecuniary loss, and the trial court expressly found that there was no pecuniary loss.

Compensatory fine vacated; otherwise affirmed.